UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ROBERT TEBBETTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | )    No. 15-1055-JDT-egb |
| | ) |
| MADISON COUNTY JAIL, | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

    Magistrate Judge Edward G. Bryant has issued a report in this matter [DE# 15], recommending that Defendants Jeremy Glenn Hayes, Kenneth Lamar Hicks, and Sam Dawson be dismissed from the action and that Plaintiff be allowed to amend his complaint to allege that the City of Jackson and/or Madison County acted pursuant to a specific policy or custom that caused the alleged harm to Plaintiff. Plaintiff has not filed any objections to the report and recommendation.

    Having reviewed the record and the controlling case law, the court agrees with Magistrate Judge Bryant's decision and ADOPTS his report and recommendation for the reasons set forth in the order. Accordingly, Plaintiff will be allowed fourteen (14) days from the entry of this order in which to amend his complaint. Failure to do so will result

in the dismissal of the action without further notice to Plaintiff. Hayes, Hicks, and Dawson are hereby DISMISSED from the complaint as defendants.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE